**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN FP CIOLINO,<br><br>                                    Plaintiff,<br>  v.<br><br>RIVAS, *et al.*,<br><br>                                    Defendants. | 3:23-cv-00075-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 17 |

Before the court is Plaintiff's Motion for Extension of Time to Oppose Defendant's Motion to Dismiss. (ECF No. 17.) Defendant has filed a Non-Opposition to Plaintiff's motion. (ECF No. 18.)

Good cause appearing, Plaintiff's Motion for Extension of Time to Oppose Defendant's Motion to Dismiss (ECF No. 17) is **GRANTED**. Plaintiff shall have to and including **October 11, 2023**, in which to file a response to Defendant's Motion to Dismiss (ECF No. 15).

**IT IS SO ORDERED.**

DATED:  September 12, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1