**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STEPHEN F.P. CIOLINO,

    Plaintiff

v.

RIVAS, et al.,

    Defendants

Case No.: 3:23-cv-00075-CSD

**Order**

On or before **3:00 p.m. on Wednesday October 23, 2024**, Defendant shall file a declaration authenticating the grievance documentation filed in support of her motion for summary judgment, ECF Nos. 43-1, 43-2.

**IT IS SO ORDERED**.

Dated: October 22, 2024

_____
Craig S. Denney
United States Magistrate Judge